FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELINDA M. BUTTJER,<br><br>               Plaintiff,<br><br>   v.<br><br>MARTIN O'MALLEY,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | NO: 1:24-cv-03021-LRS<br><br>ORDER OF DISMISAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Stipulation for Voluntary Dismissal. ECF No. 8. After considering the Stipulation and FRCP 41(a),

IT IS ORDERED that Plaintiff's claim is dismissed with prejudice. The District Court Executive is directed to enter this order, provide copies to counsel, and **CLOSE** the file.

**DATED** May 17, 2024.

_____
LONNY R. SUKO
Senior United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1